IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:18-CR-57-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DARIAN JAQUAN HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on its own motion to supplement its 12 March 2019 Order, which requires, in part, that counsel for each party file a list of witnesses counsel expects to call at the suppression hearing in this case set for 17 April 2019. To assist the court in determining the time required for the hearing, counsel shall include for each witness listed an estimate of the time required for the direct examination of the witness.

SO ORDERED, this 8th day of April 2019.

James E. Gates
United States Magistrate Judge